**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5701 PA (CTx) | Date | December 1, 2009 |
|---|---|---|---|
| Title | Valentin Verner v. Swiss II, LLC | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

      Plaintiff filed this putative class action on behalf of himself and a class of similarly situated individuals. The original Complaint, which asserted claims under state law, was filed on November 18, 2008 in the Los Angeles Superior Court. Defendant filed a Notice of Removal on August 4, 2009. Jurisdiction is based on diversity jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d)(2).

      The parties filed their Joint Report pursuant to Federal Rule of Civil Procedure 26(f) on November 25, 2009. The Joint Report proposes that plaintiff's motion for class certification be filed by February 23, 2009 with a hearing on April 12, 2010. Local Rule 23-3 provides that "[w]ithin 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995 . . . the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court."

      Assuming that Local Rule 23-3's requirement that a motion for class certification be filed within 90 days of service began running on August 4, 2009, the date the Notice of Removal was filed in this Court, the motion for class certification should have been filed no later than November 2, 2009. As of this date, plaintiff has not filed a motion for class certification despite the fact that the original Complaint, which purported to commence a class action, was served and has been pending in the Central District for more than 90 days. Nor did plaintiff seek leave of the Court for an extension of time to file a motion for class certification prior to the expiration of the time within which to timely file such a motion. Accordingly, the Court, on its own motion, orders plaintiff to show cause in writing why the class action allegations should not be stricken for failure to timely file a motion for class certification. Plaintiff's response to the Court's order to show cause shall also address whether there remains any basis for this Court's jurisdiction if the class action allegations are stricken.

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5701 PA (CTx) | Date | December 1, 2009 |
|---|---|---|---|
| Title | Valentin Verner v. Swiss II, LLC | | |

    Plaintiff's response to the order to show cause shall be filed by December 10, 2009.  Defendant's response shall be filed by December 21, 2009.  Neither party's response shall exceed 15 pages.  The Scheduling Conference is continued from December 7, 2009 to January 4, 2010 at 10:30 a.m.

    IT IS SO ORDERED.

                                                                                              :

Initials of Preparer